THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORAZIO PECORARO,

Appellant.— Motion to dismiss appeal granted.    Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.